The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD F. WOLF, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-939 MJP<br><br>JOINT STATUS REPORT, STIPULATED MOTION, AND ORDER REGARDING BRIEFING SCHEDULE<br><br>Note on Motion Calendar:<br>October 20, 2020 |

Plaintiff filed this action seeking review of a decision by U.S. Citizenship and Immigration Services ("USCIS"). Dkt. No. 1. The parties agree that Plaintiffs' action is brought pursuant to the Administrative Procedures Act, 5 U.S.C. § 702. As such, the parties agree that Plaintiffs' case is "an action for review on an administrative record," falling under a category of cases in Federal Rule of Civil Procedure 26(a)(1)(E)(i) that are exempt from the requirements set forth in Fed. R. Civ. P. 26(a) and (f) pertaining to the "lay down" of discovery, the participation of the parties in a discovery conference, and the presentation of a joint discovery plan.

Therefore, the parties have agreed to the following proposed briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than January 25, 2021 and note it on the motion calendar for May 28, 2021;

Stipulation and Order
2:20-cv-939 MJP
PAGE- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than March 26 , 2021 and note it on the motion calendar for May 28, 2021;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than April 30, 2021.

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than May 28, 2021.

Dated this 20th day of October, 2020.

JASON E. ANKENY

 *s/Jason E. Ankeny*
JASON E. ANKENY, WSBA No. 52908
Ankeny Law
130 N Central Avenue
Suite 309
Phoenix, AZ 85004
Phone: 602-606-8848
Email:Jason@ankenylawcorp.com

Attorney for Plaintiff

Dated this 20th day of October, 2020.

BRIAN T. MORAN
United States Attorney

 *s/ Sarah K. Morehead*
SARAH MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulation and Order
2:20-cv-939 MJP
PAGE- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 20th day of October, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

Stipulation and Order
2:20-cv-939 MJP
PAGE- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970