UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>               Plaintiff,<br><br>   v.<br><br>PETER T. GAYNOR, et al,<br><br>              Defendants. | CASE NO. C20-939 MJP<br><br>ORDER DENYING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

The Court, having received and reviewed the Parties' Stipulated Motion to Amend the Briefing Schedule (Dkt. No. 11), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

2. The motion provides no suitable explanation as to why the existing case schedule deadlines cannot be met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated January 21, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge