**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

Case No.: 2:20-CV-00939-MJP

TALVEEER GILL

    Plaintiff,

vs.

CHAD WOLF, Acting secretary, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARK A. MORGAN, Acting commissioner, US CUSTOMS AND BORDER PROTECTION, AND ADELE FASANO, DIRECTOR, FIELD OPERATIONS, U.S. CUSTOMS AND BORDER PROTECTION, SEATTLE FIELD OFFICE,

Defendant

**ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE**

The Court, having considered the parties' Stipulated Motion to for Leave to Amend Complaint, and good cause appearing the court ORDERS the following:

1. Plaintiff's motion is Granted
2. Defendant's shall file a motion to dismiss, which must not exceed twenty-four pages, no later than March 25, 2021 and note it on the motion calendar for June 18, 2021
3. Plaintiff shall file his response, which must not exceed twenty-four pages, no later than May 10, 2021.

4. Defendant's shall file their reply no later than June 11, 2021

IT IS SO ORDERED

Dated this 25th day of January 2021.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

JASON E. ANKENY P.S., INC.