UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALVEER GILL

Plaintiff,

vs.

ALEJANDRO MAYORKAS, et al.,

Defendant

Case No.: 2:20-CV-00939-MJP

ORDER GRANTING MOTION TO SEAL

## **ORDER**

This matter comes before the Court on the *Stipulated Motion to Seal the Motion to Compel Complete Administrative Record* (Dkt. No. 23). Upon consideration of the Stipulated Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED.

April 15, 2021

_____
Marsha J. Pechman
United States District Judge

1

2

3

4   PRESENTED BY:

5

6

7   /s/ Jason E. Ankeny
    Jason E. Ankeny,                                    TESSA M. GORMAN
    Jason E. Ankeny P.S. Inc.                           Acting United States Attorney
8   WSBA #52908
    130 N. Central Ave. Suite 309
9   Phoenix, AZ 85004                                   s/ Sarah K. Morehead
    (602) 606-8848                                      SARAH MOREHEAD, WSBA No. 29680
10  jason@ankenylawcorp.com                             Assistant United States Attorney
11  Attorney for the Plaintiff                          United States Attorney's Office
                                                        700 Stewart Street, Suite 5220
12                                                      Seattle, Washington 98101-1271
                                                        Phone: 206-553-7970
13                                                      Email: sarah.morehead@usdoj.gov

14
                                                        Attorney for Defendants
15

16

17

18

19

20

21

22

23

24

25

26