# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO N. MAYORKAS, MARK A MORGAN, ADELE FASANO Director, Field Operations, U.S. Customs and Border Protection, Seattle Field Office,<br><br>                Defendants. | CASE NO. C20-939 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In their motion to dismiss, noted for decision on June 18, 2021, Defendants challenge this Court's subject-matter jurisdiction. (Dkt. No. 36). The Parties later filed a Joint Motion to

MINUTE ORDER - 1

Compel (Dkt. No. 42), noted for decision on April 27.  Because the Court must first ascertain jurisdiction, the motion to compel is re-noted to June 18.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 18, 2021.

William M. McCool  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk