UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>                Defendants. | CASE NO. C20-939 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Parties previously proposed that this case be decided by dispositive motion because this is an action for review of an administrative record.  (See Dkt. No. 9.)  Plaintiff moved for summary judgment according to the proposed schedule but withdrew the motion.  Defendants then moved to dismiss, while Plaintiff moved to compel production of the complete administrative record.  The Court denied the motion to dismiss and granted the motion to compel.  Since those orders, Defendants have filed additional documents to complete the

MINUTE ORDER - 1

1  administrative record.  (See Dkt. No. 48.)  However, there are no pending motions before the

2  Court and the Parties have not proposed a schedule.  The Parties are directed to file a joint status

3  report within 14 days with a proposed schedule for the issues that remain in this proceeding.

4        The clerk is ordered to provide copies of this order to all counsel.

5        Filed September 28, 2021.

                         Ravi Subramanian
                         Clerk of Court

                         s/Paula McNabb
                         Deputy Clerk

MINUTE ORDER - 2