UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>  Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>  Defendants. | CASE NO. C20-939 MJP<br><br>ORDER ON BRIEFING SCHEDULE |

This matter is before the Court on the parties' joint status report and stipulated briefing schedule. (Dkt. No. 51.) The parties' stipulation is SO-ORDERED. The parties shall comply with the following briefing schedule:

1. Plaintiff shall file a motion to supplement the administrative record by November 5, 2021 and note it on the motion calendar for December 3. Defendants shall file their response by November 29. Plaintiff shall file his reply by December 3.

2. Defendants shall file a motion to dismiss based on mootness by November 18 and note it for the fourth Friday thereafter.

ORDER ON BRIEFING SCHEDULE - 1

3. If the motion to dismiss does not resolve this case, Plaintiff shall file a motion for summary judgment, of up to twenty-four pages, no later than February 8, 2022, noted for May 27.  Defendants shall file their combined response and cross-motion for summary judgment, of up to twenty-four pages, no later than March 26, noted for May 27.  Plaintiff shall file his combined response and reply, of up to twelve pages, no later than April 30. Defendants shall file their reply, of up to twelve pages, no later than May 27.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 1, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ON BRIEFING SCHEDULE - 2