Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TALVEER GILL, | Case No.:2:20-cv-00939-MJP |
| Plaintiff, | |
| v. | |
| ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al. | |
| Defendants. | |

## DECLARATION OF BRIAN HUMPHREY

I, Brian Humphrey, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed as the Director, Field Operations for the Seattle Field Office in Washington, for U.S. Customs and Border Protection ("CBP"), a component agency of the Department of Homeland Security. I have been employed by CBP, or its predecessor agency, since 1989. The statements I make in this Declaration are based on my personal knowledge, which includes knowledge acquired through the course of my official duties.

2. Based on my personal review of relevant government databases, I can attest that CBP's December 8, 2018 inadmissibility determination of Mr. Talveer Gill has been vacated by CBP.

**I declare under penalty of perjury, that the matters and facts set forth in this Declaration fall within my official purview and, based upon my personal knowledge, information, and belief, are correct and true.**

**Executed on this 29th day of September, in Blaine, Washington.**

_____
Brian Humphrey