**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**███ - Electronic Media Report**

11/24/2021 10:16 PST | Generated By: ███████ | Page 1 of 3

REPORT NUMBER: ███████ | REPORT STATUS: CLOSED

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| DTO - DTO Narcotics - Border Search | 3009-SUMAS |
| **Incident Date** | **NTC#** |
| 08/11/2018 | |
| **Last Name** | **First Name** | **Middle Initial** |
| GILL | TALVEER | |
| **Date of birth** | **Gender** | **Race** |
| ███████ | M - Male | U - UNKNOWN |
| **Country Of Birth** | **Citizenship** |
| CAN - CANADA | CAN - CANADA |
| **Document Type** | **Document Number** |
| IN - NEXUS CARD | ███████ |
| **Issuing Country** | **State/Province** |
| USA - UNITED STATES | |
| **I/O** | **Notified Traveler Of Search** |
| I - Inbound | Y - Yes |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| Yes | |
| **Officer/Agent** | |
| ███████ [CBP OFFICER] | |
| **Approving Supervisor** | |
| ███████ | |
| **Exam Result** | |
| P - Positive | |

| Item 01 Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | SAMSUNG | SM-G950W |
| **ID1** | | **Number** | |
| S - Serial Number | | ███████ | |
| **ID2** | | **Number** | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | ███████ | |
| **ID3** | | **Number** | |
| | | | |
| **ID4** | | **Number** | |
| | | | |
| **Wireless connections disabled?** | | **Derogatory found** | |
| Y - Yes | | P - Positive | |
| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
| 08/11/2018 | 12:05 | 08/11/2018 | 15:00 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| Basic Examination and Returned to Traveler | 08/12/2018 | N/A | Password Provided: Y |

| REMARKS |
|---|

███████ 08/12/2018 14:24

On 08/11/2018 at approximately 1144 hours, BC FG000W plated vehicle driven by GILL, Talveer Singh (DOB: ███████; CAN) arrived at the Sumas, WA Port of Entry inbound. GILL stated that he was traveling to His farm in Lynden, WA for the day to tend to his family



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 11/24/2021 10:16 PST | Generated By: ████████████ | Page 2 of 3 |
|---|---|---|

REPORT NUMBER: ████████                                    REPORT STATUS: CLOSED

farm. The primary queries revealed a NEXUS interdiction notification. The traveler and associated vehicle were referred to secondary for further inspection.

During secondary GILL again stated that he was traveling to the family farm located in Lynden, WA to oversee the workers picking berries.

A negative declaration was obtained.

The secondary systems checks revealed that GILL was the subject of a TECS record indicating possible involvement with a known narcotics trafficking organization.

A vehicle seven point revealed $1,270.00 in USD that was located in the vehicle glove box. GILL claimed that the currency was from a rental property on his family farm located in Lynden, WA. The remaining vehicle inspection was negative.

A search of GILL's personal belongings revealed one cellular phone.

An electronic media inspection was requested and approved by ████████████.

GILL claimed ownership to one Samsung Galaxy S8 (MODEL: SM-G950W; SN: R28J636N0GF; IMEI: 355757082532959). The electronic device was in the on/locked position. GILL provided the device password. GILL was provided with a US Customs and Border Protection Inspection of Electronic Devices tear sheet prior to the inspection of the electronic device.

Prior to the inspection, the electronic device was placed in airplane mode.

The inspection of GILL's cellular device began at approximately 1205 hours, and concluded at approximately 1500 hours, with positive results. The inspection revealed photos of, and messages between, multiple known members of international narcotics trafficking organizations, and photos of weapons.

████████████████

GILL claimed that he had little to no contact with the subjects and was unable to identify anyone.

While reviewing the photos GILL identified ████████, ████████ (brother in-law; deceased), ████████ (brother in-law), ████████ (associate that was later arrested for operating a Ketamine factory in Goa, India), ████████ (spouses cousin), ████████ (associate of ████), "████████" (an associate of ████ from Toronto), and "████" (from England).

GILL later amended his statement claiming that in April of 2018 he went to Thailand on a family vacation. Photos from the vacation and testament from GILL, revealed that GILL





**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**█████ - Electronic Media Report**

| 11/24/2021 10:16 PST | Generated By: ██████████ | Page 3 of 3 |
|---|---|---|

stayed in a three bedroom home, and spent time with the suspected narcotics traffickers, unnamed individuals, and other family members. GILL stated that after returning from Thailand, ██████ contacted him and invited him to attend his birthday party in Vancouver, BC. ██████████ was arrested approximately two months later for operating a large scale ketamine factory located in Goa, India.

With duty supervisor concurrence, the electronic device was returned to the traveler prior to departure, and GILL was allowed to proceed.

Further investigation to follow.

| Positive Exam Detail | |
|---|---|
| **Action Taken** | **Direct result of Electronic Media Exam** |
| NA/R - NO ACTION/RELEASED | Y - Yes |

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**███ - Electronic Media Report**

| 11/24/2021 10:17 PST | Generated By: ████████████ | Page 1 of 2 |
|---|---|---|

**REPORT NUMBER:** ████████                                    **REPORT STATUS: CLOSED**

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| DTO - DTO Narcotics - Border Search | 3009-SUMAS |
| **Incident Date** | **NTC#** |
| 02/22/2017 | |
| **Last Name** | **First Name** / **Middle Initial** |
| GILL | TALVEER |
| **Date of birth** | **Gender** / **Race** |
| ████████ | M - Male / A - ASIAN |
| **Country Of Birth** | **Citizenship** |
| CAN - CANADA | CAN - CANADA |
| **Document Type** | **Document Number** |
| | |
| **Issuing Country** | **State/Province** |
| | |
| **I/O** | **Notified Traveler Of Search** |
| I - Inbound | Y - Yes |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| No | |
| **Officer/Agent** | |
| ████████ [SUP CBP OFFICER] | |
| **Approving Supervisor** | |
| ████████ | |
| **Exam Result** | |
| | |

| Item 01  Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | SAMSUNG | SMG920W8 |
| **ID1** | | **Number** | |
| S - Serial Number | | RF8G920W8 | |
| **ID2** | | **Number** | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | 351559074608514 | |
| **ID3** | | **Number** | |
| | | | |
| **ID4** | | **Number** | |
| | | | |
| **Wireless connections disabled?** | | **Derogatory found** | |
| | | | |
| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
| 02/22/2017 | 09:30 | 02/22/2017 | 11:30 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| Basic Examination and Returned to Traveler | 02/22/2017 | N/A | Password Provided: Y |

| REMARKS |
|---|

████████ 02/22/2017 18:28
On 02/22/2017 a cell phone belonging to GILL, Talveer (DOB ████████) was examined by CBPO Tarrell regarding involvement in narcotics trafficking.  The search began at approximately 0930 hours and continued intermittently until approximately 1130 hours.



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
██ **- Electronic Media Report**

| 11/24/2021 10:17 PST | Generated By: ████████████ | Page 2 of  2 |
|---|---|---|

**REPORT NUMBER:** ██████████                                                    **REPORT STATUS: CLOSED**

The phone was already powered on when the search began, remained on during the search, and was on when returned to the subject.  The subject was given a Search of Electronic Devices tear sheet.

The passcode to unlock the phone was ████ .

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**███ - Electronic Media Report**

| 11/24/2021 10:15 PST | Generated By: ████████████ | Page 1 of 2 |
|---|---|---|

**REPORT NUMBER:** ████████      **REPORT STATUS: CLOSED**

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| ADM - Admissibility | 3009-SUMAS |
| **Incident Date** | **NTC#** |
| 11/21/2018 | |
| **Last Name** | **First Name** | **Middle Initial** |

| **Last Name** | **First Name** | **Middle Initial** |
|---|---|---|
| GILL | TALVEER SINGH | |
| **Date of birth** | **Gender** | **Race** |
| ████████ | M - Male | U - UNKNOWN |
| **Country Of Birth** | **Citizenship** | |
| CAN - CANADA | CAN - CANADA | |
| **Document Type** | **Document Number** | |
| P - PASSPORT | ████████ | |
| **Issuing Country** | **State/Province** | |
| CAN - CANADA | | |
| **I/O** | **Notified Traveler Of Search** | |
| I - Inbound | Y - Yes | |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** | |
| Yes | | |

**Officer/Agent**
████████████ [CBP OFFICER]

**Approving Supervisor**
████████

**Exam Result**
P - Positive

| Item 01  Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | SAMSUNG | SM-G950W |
| **ID1** | | **Number** | |
| S - Serial Number | | R28J636N0GF | |
| **ID2** | | **Number** | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | 355757082532959 | |
| **ID3** | | **Number** | |
| | | | |
| **ID4** | | **Number** | |
| | | | |
| **Wireless connections disabled?** | | **Derogatory found** | |
| Y - Yes | | P - Positive | |
| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
| 11/21/2018 | 08:06 | 11/21/2018 | 09:35 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| Basic Examination and Returned to Traveler | 11/21/2018 | N/A | Password Provided: Y |

| REMARKS |
|---|

████████ 11/21/2018 18:32

On 11/21/2018 at approximately 1144 hours, BC FG000W plated vehicle driven by GILL, Talveer Singh (DOB: ████████ CAN) arrived at the Sumas, WA Port of Entry inbound. GILL stated that he was traveling to his farm in Lynden, WA for the morning. A negative

████████████████████



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 11/24/2021 10:15 PST | Generated By: ███████████ | Page 2 of 2 |
|---|---|---|

REPORT NUMBER: ███████████                                            REPORT STATUS: CLOSED

declaration was obtained and the traveler and associated vehicle were referred to
secondary for further inspection.

During secondary GILL again stated that he was traveling to the family farm located on
Pangborn Rd, in Lynden, WA to oversee the workers picking berries and that he returned the
night before from A trip to Mexico.

A negative declaration was obtained.

The secondary systems checks revealed that GILL was the subject of a TECS record
indicating possible involvement with a known narcotics trafficking organization.

A search of GILL's personal belongings revealed one cellular phone.

An electronic media inspection was requested and approved by ███████████

GILL claimed ownership to one Samsung Galaxy S8 (MODEL: SM-G950W; SN: R28J636N0GF; IMEI:
355757082532959). The electronic device was in the on/locked position. GILL provided the
device password. GILL was provided with a US Customs and Border Protection Inspection of
Electronic Devices tear sheet.

Prior to the inspection, the electronic device was placed in airplane mode.

The inspection of GILL's cellular device began at approximately 0806 hours, and concluded
at approximately 0935 hours, with positive results. The information gained during the
inspection will be forwarded to the case officer.

███████████████████

With duty supervisor concurrence, the electronic device was returned to the traveler prior
to departure, and GILL was allowed to proceed.

Further investigation to follow.

| Positive Exam Detail | |
|---|---|
| Action Taken | Direct result of Electronic Media Exam |
| NA/R - NO ACTION/RELEASED | Y - Yes |



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## ███ - Electronic Media Report

| 11/24/2021 10:14 PST | Generated By: ████████████ | Page 1 of 2 |
|---|---|---|

REPORT NUMBER: ██████                                    REPORT STATUS: CLOSED

| Summary Information | |
|---|---|
| **Reason For Search** | **Port Code** |
| DTO - DTO Narcotics - Border Search | 3009-SUMAS |
| **Incident Date** | **NTC#** |
| 12/08/2018 | |
| **Last Name** | **First Name** | **Middle Initial** |
| GILL | TALVEER | |
| **Date of birth** | **Gender** | **Race** |
| ██████ | M - Male | U - UNKNOWN |
| **Country Of Birth** | **Citizenship** |
| CAN - CANADA | CAN - CANADA |
| **Document Type** | **Document Number** |
| PP - PASSPORT | ████████ |
| **Issuing Country** | **State/Province** |
| CAN - CANADA | |
| **I/O** | **Notified Traveler Of Search** |
| I - Inbound | Y - Yes |
| **Tear Sheet Provided** | **Reason Tearsheet Not Provided** |
| Yes | |
| **Officer/Agent** | |
| ████████  [CBP OFFICER] | |
| ████████ | |
| ████████ | |
| **Exam Result** | |
| P - Positive | |

| Item 01  Details | | | |
|---|---|---|---|
| **Item Type** | **Phone Number** | **Make** | **Model** |
| CEL - CELLPHONE/ALL COMM DEVICES | | SAMSUNG | GALAXY 8 |
| **ID1** | | **Number** | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | 355757082532959 | |
| **ID2** | | **Number** | |
| | | | |
| **ID3** | | **Number** | |
| | | | |
| **ID4** | | **Number** | |
| | | | |
| **Wireless connections disabled?** | | **Derogatory found** | |
| Y - Yes | | P - Positive | |
| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
| 12/08/2018 | 10:15 | 12/08/2018 | 13:15 |

| Actions | | | |
|---|---|---|---|
| **Action** | **Date** | **Action Status** | **Additional Information** |
| Advanced Examination and Returned to Traveler | 12/08/2018 | N/A | Password Provided: Y,Extraction Successful: Y,Multimedia Files Found: Y |
| Basic Examination and Returned to Traveler | 12/08/2018 | Canceled | Password Provided: Y |

| REMARKS |
|---|

████████████████



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
██████ **- Electronic Media Report**

| 11/24/2021 10:14 PST | Generated By: ████████████ | Page 2 of 2 |
|---|---|---|

REPORT NUMBER:█████████                                                    REPORT STATUS: CLOSED

█████████  12/08/2018 18:46

On December 8, 2018 at approximately 0915 hours Canadian citizen, GILL, Talveer Singh (DOB ████████) applied for entry at the Sumas, WA POE and was referred to secondary for further inspection.

In secondary, subject declared he was in route to work on his E2 visa at his farm on Pangborn Road in Lynden, WA. Subject is associated to known gang member Sunny Sidhu and has a silent lookout to inspect his electronics for any gang or drug affiliation. A search of the cell phone was approved by ███████████████ The Samsung Galaxy 8 (IMEI 355757082532959) was placed in airplane mode and examined from approximately 1015 until 1330 hours. The subject provided the password and when was offered a tear sheet, declined. The search of the phone showed numerous messages talking about currency transfers of Canadian dollars into U.S. dollars. There was also pictures and messages which showed that GILL traveled to Thailand with multiple known drug traffickers. Subject was found to be inadmissible pursuant to section 212(a)(2)(C)(I) of the INA with concurrence from Duty Supervisor. The phone was returned to GILL at the conclusion of the inspection.

| Positive Exam Detail | |
|---|---|
| **Action Taken** | **Direct result of Electronic Media Exam** |
| WD - WITHDRAWAL (WD) | Y - Yes |













































































































































Search by Month (up to 18 months)

| Date ⬆ | Transaction Description ⬍ | Withdrawals ⬍ |
|---|---|---|
| Jul 11, 2018 | TD VISA PREAUTH PYMT | 508.81 |
| Jul 11, 2018 | Deposit at Branch - ███ | |
| Jul 06, 2018 | ICBC | 180.91 |
| Jul 05, 2018 | SEND E-TFR CA***cB2 | 100.00 |
| Jul 05, 2018 | CANADA FPT | |
| Jul 04, 2018 | TD VISA PREAUTH PYMT | 1,513.41 |
| Jul 03, 2018 | SEND E-TFR CA***yHX | 100.00 |
| Jul 03, 2018 | E-TRANSFER CA***VYZ | |
| Jun 29, 2018 | MONTHLY ACCOUNT FEE | 15.95 |
| Jun 29, 2018 | E-TRANSFER CA***6eC | |

08/11/2018 13:38











































