UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL,<br><br>            Plaintiff,<br><br>   v.<br><br>ALEJANDRO N MAYORKAS,<br><br>            Defendant. | CASE NO. C20-939 MJP<br><br>ORDER DENYING MOTION TO CONSOLIDATE |

    This matter is before the Court on Plaintiff's motion to consolidate. (Dkt. No. 52.) Having considered the Parties' briefs, (Dkt. Nos. 52, 57, 62), the Court DENIES the motion.

    Plaintiff moves to consolidate this case with a separate case he filed against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 *et seq*. See Gill v. United States, C21-1029 MJP. However, that case has been dismissed so the motion to consolidate is DENIED as moot.

    The clerk is ordered to provide copies of this order to all counsel.

ORDER DENYING MOTION TO CONSOLIDATE - 1

Dated December 14, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO CONSOLIDATE - 2