UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALVEER GILL, | CASE NO. C20-939 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEJANDRO N. MAYORKAS, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Plaintiff's motion to compel, (Dkt. No. 56), is re-noted to December 10, 2021, to be considered after Defendants' motion to dismiss for lack of subject-matter jurisdiction, (Dkt. No. 58).

The clerk is ordered to provide copies of this order to all counsel.

///

MINUTE ORDER - 1

Filed December 27, 2021.

        <u>Ravi Subramanian</u>
        Clerk of Court

        <u>s/Serge Bodnarchuk</u>
        Deputy Clerk

MINUTE ORDER - 2